IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA SYACSURE,
        Plaintiff,

Civil No. 13-13093

v.

CAROLYN W. COLVIN,        JUDGE TERRENCE G. BERG
ACTING COMMISSIONER
OF SOCIAL SECURITY,
        Defendant.
_____/

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

      The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will further evaluate the opinions of Drs. Donahue and Druillard, reconsider Plaintiff's residual functional capacity in light of the opinion evidence, and obtain supplemental evidence from a vocational expert to clarify the effect of the limitations on Plaintiff's occupational base.

                              s/Terrence G. Berg_____
                              TERRENCE G. BERG
                              United States District Judge

Dated: February 20, 2014